**THERESE S. HARRIS (SBN 246711)**
THERESE HARRIS LAW OFFICES
P.O. BOX 5084
PASO ROBLES, CA 93447
Telephone:  805-369-2053
Facsimile:   805-426-9375
tharris@tharrislawoffice.com

Attorney for Plaintiff, IDA FIMBRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDA FIMBRES, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CENTRAL VALLEY AUTOMOTIVE, INC. and DOES 1 through 10 inclusive,<br><br>　　　　　Defendant. | CASE NO:   1:16-cv-01715-AWI-MJS<br><br>ORDER GRANTING STIPULATION AND REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE |

　　　Based on the Stipulation and Request to Dismiss Entire Action With Prejudice filed in this action, the above-captioned action is dismissed with prejudice.

IT IS SO ORDERED.

　Dated:　February 10, 2017　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE